In the Matter of S. ROBERT KAHN, Appellant, against THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.

Argued September 25, 1939; decided October 10, 1939.

*Arthur Morris* and *Morris Okoshken* for appellant.

*John J. Bennett, Jr., Attorney-General (Bernard Bienstock* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.